# EXHIBIT A

| No | IP Address | GUID | P2PClient |
|---:|---|---|---|
| 1 | 24.19.80.207 | 2D5554333133302D476A6B7D9C762B6235FC2032 | µTorrent 3.1.3 |
| 2 | 173.160.172.153 | 2D5554333132302D95681792C6D4CFC9EE375748 | µTorrent 3.1.2 |
| 3 | 67.168.212.204 | 2D415A343731322D7464447A6C42414657454338 | Vuze 4.7.1.2 |
| 4 | 204.195.19.215 | 2D5554333132302D95686DBDE4DF2191DD148CD5 | µTorrent 3.1.2 |
| 5 | 75.172.43.204 | 2D554D313736422D2B6CB8FBF258AFB2037C1EEC | µTorrent Mac 1.7.6 |
| 6 | 50.47.29.182 | 4D372D362D312D2D486A2EB398A9B983E93C0478 | BitTorrent 7.6.1 |
| 7 | 50.125.75.149 | 4D372D362D302D2D8C68BFBBA00F09F63570FEB3 | BitTorrent 7.6.0 |
| 8 | 98.246.61.123 | 2D5554333230302DEE6C9BD6ACF78ECA7FD3A66B | µTorrent 3.2.0 |
| 9 | 98.247.204.250 | 4D372D362D312D2D486A02E341535A79B41E9630 | BitTorrent 7.6.1 |
| 10 | 98.247.79.199 | 2D4243303133322DB2FC5ABC95BD1BB53A5EC833 | BitComet 1.32 |
| 11 | 24.18.87.32 | 2D5554333230302DEE6C42FFD6E0B329230420B9 | µTorrent 3.2.0 |
| 12 | 50.54.163.57 | 4D372D362D302D2D8C6871CF3588C80D115C1F2D | BitTorrent 7.6.0 |
| 13 | 76.28.200.144 | 2D554D31353134304B68975AB5F80C44779697D2 | -UM15140 |
| 14 | 199.15.216.53 | 4D372D372D302D2D536D7178355E6A89253F8F4D | BitTorrent 7.7.0 |
| 15 | 50.47.36.82 | 2D5554333132302D95686A8C718FFB26B8AA430F | µTorrent 3.1.2 |
| 16 | 98.232.50.184 | 2D415A343732302D627934454C4175766F4E397A | Vuze 4.7.2.0 |
| 17 | 24.22.194.40 | 2D415A343732302D6D637951566461473234724F | Vuze 4.7.2.0 |
| 18 | 24.22.194.40 | 2D415A343830302D3967527934763048333 96B52 | Vuze 4.8.0.0 |
| 19 | 71.217.81.16 | 2D5452323733302D6B316F366C7A657976653067 | Transmission 2.73 |

| HitDateUTC | DossierNumber | Title |
|---|---|---|
| 8/30/12 01:29:55 PM | S0054-0000003022 | Flypaper |
| 9/1/12 04:54:03 AM | S0054-0000003016 | Flypaper |
| 9/9/12 02:15:55 AM | S0054-0000002996 | Flypaper |
| 9/10/12 02:22:06 AM | S0054-0000002994 | Flypaper |
| 9/10/12 03:20:59 AM | S0054-0000002992 | Flypaper |
| 9/12/12 10:16:33 PM | S0054-0000002984 | Flypaper |
| 9/20/12 06:47:33 AM | S0054-0000002960 | Flypaper |
| 9/27/12 10:58:02 PM | S0054-0000002942 | Flypaper |
| 9/27/12 04:08:31 AM | S0054-0000002944 | Flypaper |
| 9/30/12 05:17:50 AM | S0054-0000002934 | Flypaper |
| 10/4/12 05:52:36 AM | S0054-0000002918 | Flypaper |
| 10/9/12 04:48:59 AM | S0054-0000002906 | Flypaper |
| 10/23/12 12:01:06 AM | S0054-0000002878 | Flypaper |
| 10/28/12 04:05:54 AM | S0054-0000002868 | Flypaper |
| 11/2/12 01:28:40 AM | S0054-0000002856 | Flypaper |
| 11/21/12 12:12:16 AM | S0054-0000002824 | Flypaper |
| 11/23/12 10:08:08 AM | S0054-0000002814 | Flypaper |
| 11/27/12 07:03:23 PM | S0054-0000002794 | Flypaper |
| 11/27/12 02:40:56 PM | S0054-0000002796 | Flypaper |

FileName
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED
[UsaBit.com]_Flypaper.LIMITED.DVDRip.XviD-TWiZTED

| Filehash | ISP | Region |
|---|---|---|
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Comcast Cable | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Comcast Business Com | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Comcast Cable | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Wave Broadband | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Century Link | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Frontier Communicatio | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Frontier Communicatio | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Comcast Cable | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Comcast Cable | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Comcast Cable | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Comcast Cable | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Frontier Communicatio | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Comcast Cable | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Toledo Telephone Co | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Frontier Communicatio | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Comcast Cable | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Comcast Cable | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Comcast Cable | Washington |
| SHA1: 974B2D4EA5C76EB516AEB21895EC0B124C91B481 | Century Link | Washington |

| city | Province |
|------|----------|
| Lakewood | Pierce |
| Oak Harbor | Island |
| Vancouver | Clark |
| Stanwood | Snohomish |
| Seattle | King |
| Edmonds | Snohomish |
| Lynnwood | Snohomish |
| Vancouver | Clark |
| Lynnwood | Snohomish |
| Federal Way | King |
| Olympia | Thurston |
| Snohomish | Snohomish |
| Oak Harbor | Island |
| Toledo | Lewis |
| Kirkland | King |
| Renton | King |
| Aberdeen | Grays Harbor |
| Aberdeen | Grays Harbor |
| Seattle | King |

# **<u>EXHIBIT B</u>**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-581-019

**Effective date of registration:**

May 23, 2011

## Title

| | |
|---|---|
| Title of Work: | Flypaper |
| Nature of Work: | Motion Picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2010 |

## Author

| | |
|---|---|
| ▪  Author: | Flypaper Productions, LLC |
| Author Created: | motion picture/audiovisual |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Flypaper Distribution, LLC |
| | 2934 1/2 Beverly Glen Circle #900, Los Angeles, CA, 90077, United States |
| Transfer Statement: | Written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | text |
| Previous registration and year: | PAU2420879 |
| New material included in claim: | motion picture/audiovisual |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Flypaper Distribution, LLC |
| Address: | 2934 1/2 Beverly Glen Circle #900 |
| | Los Angeles, CA 90077  United States |

## Certification